UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>BRACE WALL, INC.,<br><br>                              Defendant. | 21 Civ. 455 (KPF)<br><br>ORDER OF SERVICE |

KATHERINE POLK FAILLA, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Brace Wall Inc.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.  If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 22, 2021
         New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge