# BRACEWELL

May 26, 2021

**BY ECF AND EMAIL**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York, Room 2103
40 Foley Square
New York, NY  10007

Re:      *Chikezie Ottah v. Bracewell*, 21 Civ. 455 (KPF)

Dear Judge Failla:

We have recently learned that a complaint was filed against Bracewell LLP in the above-referenced matter. Although Bracewell was not properly served with a copy of the complaint, we are willing to accept service as of the date of this letter and write to respectfully request 30 days to answer or otherwise respond to the complaint.

We are also aware that plaintiff, Mr. Ottah, has made a request for a default judgment in this matter.  We respectfully request that our response to the complaint be allowed to serve as a response to Mr. Ottah's application for a default.

Due to the pending request for a default judgment, we are submitting this letter without first conferring with Mr. Ottah; however, we will attempt to contact him concurrently with this submission. We will also communicate to Mr. Ottah that Bracewell is not the proper defendant in light of the facts he is alleging. If Mr. Ottah agrees and indicates an intent to dismiss this case, we will update the court.

Having reviewed the complaint and other docket entries relating to this case, it appears that Mr. Ottah has identified the wrong entity.  It appears that Mr. Ottah is under the impression that Bracewell is a contractor with the MTA, responsible for mounting camera equipment, and in so doing has allegedly violated a patent held by plaintiff.  However, Bracewell is a law firm and has never been a contractor with the MTA responsible for mounting camera equipment.  We note that Mr. Ottah attached to his complaint a letter from 2014 sent by a former Bracewell partner to Mr. Ottah, written on behalf of a then-client of the firm. The letter also appears to be in response to allegations Mr. Ottah made against that former client rather than as against Bracewell.

**Rachel B. Goldman**
Partner

T: +1.212.508.6135          F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
rachel.goldman@bracewell.com          bracewell.com

# BRACEWELL

Hon. Katherine Polk Failla
May 26, 2021
Page 2


We appreciate the Court's consideration of this matter.



Respectfully submitted,


Rachel B. Goldman
Partner




cc:  Chikezie Ottah, *pro se* (via Fedex)