UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH,<br><br>                    Plaintiff,<br><br>v.<br><br>BRACEWELL,<br><br>                    Defendant. | Civil Action No. 1:21-cv-00455-KPF<br><br>**DECLARATION OF<br>RACHEL B. GOLDMAN** |

   I, Rachel B. Goldman, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct:

   1. I am an attorney and a member in good standing of the Bar of the State of New York and of this Court, and I am familiar with the matters set forth herein.  I submit this declaration in support of Bracewell's Motion to Dismiss the Complaint in this action.

   2. Attached hereto as Exhibit A is a true and correct copy of a letter from Jonathan R. Spivey, former partner at Bracewell, to Chekzie Ottah, dated August 13, 2014.

   3. Attached hereto as Exhibit B is a true and correct copy of Bracewell's Application of a Registered Limited Liability Partnership in the State of Texas, dated December 31, 1992 and annual Certificate of Filing, dated May 25, 2021.

   4. Attached hereto as Exhibit C is a true and correct copy of Bracewell's About webpage, available at https://www.bracewell.com/about, last visited July 23, 2021.

2

     5.     Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 7,152,840 (issued Dec. 26, 2006).

Dated:  New York, New York
         July 23, 2021

                                         /s/ Rachel B. Goldman
                                         **RACHEL B. GOLDMAN**