**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIKEZIE OTTAH,<br><br>                Plaintiff,<br><br>v.<br><br>BRACEWELL,<br><br>                Defendant. | Civil Action No. 1:21-cv-00455-KPF<br><br>**CERTIFICATE OF SERVICE** |

      I, Joseph T. Lasher, hereby certify that on July 23, 2021, I caused true and correct copies of the following documents:

1. Motion to Dismiss, dated July 23, 2021,

2. Memorandum of Law in Support of Defendant's Motion to Dismiss, dated July 23, 2021,

3. Declaration of Rachel B. Goldman, dated July 23, 2021, together with exhibits,

4. Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleading, dated July 23, 2021,

5. Cases and Authorities cited in the Memorandum of Law in Support of Defendant's Motion to Dismiss,

to be served upon Plaintiff Chikezie Ottah via Federal Express and electronic mail, addressed as follows:

    Chikezie Ottah
    648 Dorothea Lane
    Elmont, NY 11003
    eddyottah@yahoo.com

Dated: New York, New York
       July 23, 2021

/s/ Joseph T. Lasher
Joseph T. Lasher
Bracewell LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020-1100
(212) 508-6456
Email: joseph.lasher@bracewell.com

*Attorneys for Defendant Bracewell*