**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,                        21 **CIVIL** 455 (KPF)

      -against-                            **JUDGMENT**

BRACEWELL LLP,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2021, Defendant's motion to dismiss is GRANTED, and Plaintiff's claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
          December 13, 2021

                                                       **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                   **BY:**
                                                           **Deputy Clerk**