UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH,

                          Plaintiff,

            -v.-

BRACEWELL LLP,

                          Defendant.

21 Civ. 455 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

This case was filed with the Court on January 15, 2021, and, for administrative purposes, assigned a nature of suit code 440, civil rights other, and cause of action 28 U.S.C. § 1331, federal question.

Upon further review, I have determined this is not a civil rights case, but rather is a patent infringement case that was inadvertently assigned an incorrect nature of suit code and cause of action due to clerical error. Additionally, Defendant has clarified that its name is properly "Bracewell LLP."

A Notice of Appeal, filed on January 3, 2022, was transmitted to the United States Court of Appeals for the Second Circuit based upon this inaccurate information. The Second Circuit court lacking jurisdiction over patent matters, it is hereby

ORDERED that the Clerk of Court is directed to correct the court record for this case to reflect nature of suit code 830, patent, and cause of action 35 U.S.C. § 271, patent infringement, and amend the caption of this case to conform with the caption of this Order and re-transmit the Notice of Appeal (ECF doc. no. 40) to the appropriate appellate court, the United States Court of Appeals for the Federal Circuit. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:      June 2, 2022
            New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge